Dismissed and Memorandum Opinion filed May 15, 2003









Dismissed and Memorandum Opinion filed May 15, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01165-CV

____________

 

UNIVERSITY OF TEXAS MEDICAL BRANCH AT
GALVESTON, Appellant

 

V.

 

ALICE MALONE and the ESTATE OF JAMES
FRANKLIN SHICO, Appellees

 



 

On Appeal from the 122nd District Court

Galveston
County, Texas

Trial Court Cause No. 02CV0205

 



 

M
E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order denying
appellant=s plea to the jurisdiction.  On May 12, 2003, the parties filed a joint
motion to dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed May 15, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.